1034

KIMBERLY KOTZ, ET AL., *Respondents*, v. DOROTHY ROTH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-06685-1, Salvatore F. Cozza, J., entered August 10, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[Nos. 26220-7-II; 26295-9-II. Division Two. July 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LOUIS RHEM, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. KIMOTHY MAURICE WYNN, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 99-1-04723-2, Stephanie A. Arend, J., entered July 14, 2000. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.

[No. 26441-2-II. Division Two. July 2, 2002.]

THE CITY OF ELMA, *Respondent*, v. DONALD A. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00064-5, David E. Foscue, J., entered July 24, 2000. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 26886-8-II. Division Two. July 2, 2002.]

MICHAEL L. ACHEN, ET AL., *Appellants*, v. CLARK COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-01641-1, Barbara D. Johnson, J., entered December 14, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.